*Benjamin Ludlow,* with him *Duffy, McTighe & McElhone,* for appellant.

*H. James Sautter,* with him *Harold W. Spencer,* for appellee.

OPINION PER CURIAM, January 3, 1955:

The decree is affirmed on the opinion of President Judge KNIGHT, contained in his adjudication as chancellor and confirmed by the court en banc, reported in full at 70 Montgomery County Law Reporter, page 230 et seq.

Decree affirmed at appellant's costs.

## Benshetler *v.* Palumbo Motors, Inc., Appellant.

Argued November 11, 1954. Before STEARNE, JONES, BELL, CHIDSEY, MUSMANNO and ARNOLD, JJ.

354

356

*Ralph S. Croskey,* with him *Croskey & Edwards,* for appellant.

*Isadore H. Bellis,* with him *Arnold M. Kessler* and *Bernstein & Bernstein,* for appellees.

OPINION PER CURIAM, January 3, 1955:
The judgments are affirmed on the opinion of Judge CRUMLISH.

Kane *v.* D'Orazio (et al., Appellant).